Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Nakia Henderson**
Debtor(s)

Bankruptcy Case No.: 19–24857–CMB
Issued Per June 25, 2020 Proceeding
Chapter: 13
Docket No.: 40 – 21, 28
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated January 31, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: I.R.S. (Claim No. 8); Deutsche Bank National Trust (Claim No. 11–2); Pittsburgh Water and Sewer Authority (Claim No. 12) .

☐ H.   Additional Terms:

*(2.)   IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.       Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.       Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.       Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.       Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.       Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre-confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: June 30, 2020

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-24857-CMB
Nakia Henderson                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: jhel              Page 1 of 2                Date Rcvd: Jun 30, 2020
                             Form ID: 149            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2020.
db           +Nakia Henderson,    540 Clawson Street,    Pittsburgh, PA 15208-1860
cr           +PWSA,   GRB Law,    437 Grant Street 14th Floor,    Frick Building,    Pittsburgh, PA  15219,
               UNITED STATES OF AMERICA 15219-6101
cr           +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
15174151     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    Attn: Bankruptcy,    Po Box 982238,
               El Paso, TX 79998)
15174152      Beaver Avenue Fcu/ba,     2102 Beaver Ave,   Pittsburgh, PA 15233
15174154     +Conduent Education Services,    Attn: Claims,    Po Box 7051,    Utica, NY 13504-7051
15204702     +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
15193084     +Deutsche Bank National Trust Company,    8742 Lucent Blvd, Suite 300,    Littleton, CO 80129-2386
15220267      ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
15181946     +Nelnet on behalf of ASA,    American Student Assistance,    PO Box 16129,
               St. Paul, MN 55116-0129
15174157     +Omega Federal Cr Un,    206 Seibert Rd.,    Pittsburgh, PA 15237-3700
15174158     +Omega Federal Credit,    429 Forbes Avenue,    Pittsburgh, PA 15219-1622
15174159     ++PNC BANK,    500 FIRST AVE P7-PFSC-02-F,    PITTSBURGH PA 15219-3129
               (address filed with court: PNC,    Attn: Bankruptcy,    500 First Ave  P7-Pfsc-02-F,
               Pittsburg, PA 15219)
15227128     +Pittsburgh Water and Sewer Authority,    GRB Law,    c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh PA 15219-6101
15193091     +Specialized Loan Servicing,    8742 Lucent Blvd, Suite 300,    Littleton, CO 80129-2386
15195815      UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15195814      UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15174161     +Utility Self-reported,    Po Box 4500,    Allen, TX 75013-1311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 01 2020 06:20:41
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15174153     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 01 2020 06:21:22     Capital One,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15183398      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 01 2020 06:20:30
               Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
15174155      E-mail/Text: mrdiscen@discover.com Jul 01 2020 06:07:12     Discover Financial,
               Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
15175653      E-mail/Text: mrdiscen@discover.com Jul 01 2020 06:07:12     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
15203267     +E-mail/Text: kburkley@bernsteinlaw.com Jul 01 2020 06:09:30     Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
15193086     +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 01 2020 06:07:29     Internal Revenue Service,
               1000 Liberty Avenue, Room 711B,    Pittsburgh, PA 15222-4107
15174156     +E-mail/Text: electronicbkydocs@nelnet.net Jul 01 2020 06:08:39     Nelnet,
               Attn: Bankruptcy Claims,    Po Box 82505,    Lincoln, NE 68501-2505
15174417     +E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2020 06:21:20     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15174160     +E-mail/Text: documentfiling@lciinc.com Jul 01 2020 06:07:03     Telecom Self-reported,
               Po Box 4500,    Allen, TX 75013-1311
15193093     +E-mail/Text: BankruptcyNotice@upmc.edu Jul 01 2020 06:09:20     UPMC,   200 Lothrop Street,
               Pittsburgh, PA 15213-2536
15174162     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 01 2020 06:06:58
               Verizon,   Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
               Weldon Springs, MO 63304-2225
15203003      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 01 2020 06:33:36     Verizon,
               by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Deutsche Bank National trust Company, as Trustee f
cr*          +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
               707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*           ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
15193080*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    Attn: Bankruptcy,    Po Box 982238,
               El Paso, TX 79998)
15193081*     Beaver Avenue Fcu/ba,     2102 Beaver Ave,   Pittsburgh, PA 15233
15193082*    +Capital One,    Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
15193083*    +Conduent Education Services,    Attn: Claims,    Po Box 7051,   Utica, NY 13504-7051
15193085*    ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court: Discover Financial,    Attn: Bankruptcy Department,    Po Box 15316,
               Wilmington, DE 19850)

```
District/off: 0315-2              User: jhel                Page 2 of 2                  Date Rcvd: Jun 30, 2020
                                  Form ID: 149              Total Noticed: 31


              ***** BYPASSED RECIPIENTS (continued) *****
15224264*        +Deutsche Bank National Trust Co. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                   8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
15193087*        +Nelnet,    Attn: Bankruptcy Claims,    Po Box 82505,    Lincoln, NE 68501-2505
15193088*        +Omega Federal Cr Un,    206 Seibert Rd.,    Pittsburgh, PA 15237-3700
15193089*        +Omega Federal Credit,    429 Forbes Avenue,    Pittsburgh, PA 15219-1622
15193090*       ++PNC BANK,    500 FIRST AVE P7-PFSC-02-F,    PITTSBURGH PA 15219-3129
                 (address filed with court: PNC,    Attn: Bankruptcy,    500 First Ave  P7-Pfsc-02-F,
                   Pittsburg, PA 15219)
15193092*        +Telecom Self-reported,    Po Box 4500,    Allen, TX 75013-1311
15193094*        +Utility Self-reported,    Po Box 4500,    Allen, TX 75013-1311
15193095*        +Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                   Weldon Springs, MO 63304-2225
                                                                                              TOTALS: 1, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2020 at the address(es) listed below:
              Albert G. Reese, Jr.    on behalf of Debtor Nakia  Henderson areese8897@aol.com,
               agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com
              James Warmbrodt     on behalf of Creditor    Deutsche Bank National trust Company, as Trustee for
               FFMLT Trust 2006-FF3, Mortgage Pass-Through Certificates, Series 2006-FF3 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    PWSA jhunt@grblaw.com, cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7
```