# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

**Name of debtor: Nakia Henderson**

**Trustee: Ronda J. Winnecour**

**Case Number: 19-24857**

**Chapter 13**
**Judge: Judge Carlota M. Bohm**

## RESPONSE TO NOTICE OF INTERIM CURE PAYMENT FILED ON:    09/09/2021

**Pursuant to Local Bankruptcy Rule 3002.2(c), the Holder listed below is responding to the Notice of Interim Cure Payment filed in the above referenced case.**

**Name of creditor: Specialized Loan Servicing, LLC**

**Last four digits** of any number you use to identify the debtor's account:        2591

## Statement in Response as of: 09/23/2021

| Part 1: Pre-Petition Arrears - Court claim no. (if known) #11-2    (Docket Entry #48) |
|---|

Creditor ☒ agrees ☐does not agree that the Trustee has paid the amount listed in the Notice of Amount Deemed Necessary to Cure as of the date of the Trustee's interim cure notice.

If Creditor disagrees:
     Amount of pre-petition arrears due at filing:    _____
     Amount received from the Chapter 13 Trustee:    _____
     Pre-Petition arrears remaining due:    _____

| Part 2: Post-Petition Amounts |
|---|

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of this response.

If Creditor disagrees:
     Post-petition amounts remaining due:    _____$0_____

Disagree Special Language:

Attached as Schedule of Amounts Outstanding Post-Petition is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Response. The amounts identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Response, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

## Part 3: Sign Here

Print Name:     Mukta Suri

Title:          Authorized Agent for Specialized Loan Servicing LLC

Company:        Bonial & Associates, P.C.                    /s/ Mukta Suri

                                                             _____
                                                             Signature

Address and telephone number:                               9/29/2021
                                                             Date

          P. O. Box 9013
          Addison, TX 75001

Telephone:  (972) 643-6600         Email:     POCInquiries@BonialPC.com

4129-N-4482

**CERTIFICATE OF SERVICE**

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before September 29, 2021.

**Debtor**  *Via U.S. Mail*
Nakia Henderson
540 Clawson Street
Pittsburgh, PA 15208


**Debtors' Attorney**
Albert G. Reese, Jr.
Law Office of Albert G. Reese, Jr.
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219



Respectfully Submitted,

/s/ Mukta Suri
_____