# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-24857-CMB |
| | ) | |
| Nakia Henderson | ) | Chapter 13 |
|    Debtor | ) | |
| | ) | Claim. No.: 11 |
| Nakia Henderson | ) | |
|    Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Deutsche Bank National Trust Co., etal | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|    Respondent(s) | ) | |

## DECLARATION

I, Albert G. Reese Jr., Esquire, attorney for the above-referenced Debtor, hereby submit this formal written Declaration that the existing Chapter 13 Plan is sufficient to fund the plan with the modified debt for the following reason:

Pursuant to Deutsche Bank National Trust Co., etal's Notice of Mortgage Payment Change dated November 28, 2023, the Debtor's current escrow payment for account number ending in **2591** is **$92.09**. The new escrow payment is **$117.05**. The new total mortgage payment is **$533.47** effective January 1, 2024. The Debtor's Chapter 13 Plan is sufficient. The Debtor will pay the shortage directly to the Chapter 13 Trustee.

Dated: **December 17, 2023**

Respectfully submitted by:
**/s/ Nakia Henderson**
Nakia Henderson

Dated: **December 17, 2023**

Respectfully submitted by:
**/s/ Albert G. Reese, Jr., Esquire**
Albert G. Reese, Jr., Esquire
Attorney for Debtor
PA ID #93813
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
(412) 241-1697
(412) 241-1687(fax)
areese8897@aol.com