**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>NAKIA HENDERSON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Case No.:19-24857<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


December 23, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/20/2019 and confirmed on 3/5/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 75,075.00 |
| Less Refunds to Debtor | 3,610.03 | |
| TOTAL AMOUNT OF PLAN FUND | | 71,464.97 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,300.00 | |
|    Trustee Fee | 3,783.13 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,083.13 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   DEUTSCHE BANK NTC - TRUSTEE ET AL | 0.00 | 30,049.86 | 0.00 | 30,049.86 |
|     Acct: 2591 | | | | |
|   DEUTSCHE BANK NTC - TRUSTEE ET AL | 3,827.99 | 3,827.99 | 0.00 | 3,827.99 |
|     Acct: 2591 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORI | 154.80 | 154.80 | 17.20 | 172.00 |
|     Acct: N148 | | | | |
|   OMEGA FEDERAL CREDIT UNION | 4,145.00 | 4,145.00 | 623.85 | 4,768.85 |
|     Acct: 0006 | | | | |
| | | | | 38,818.70 |
| **Priority** | | | | |
|   ALBERT G REESE JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NAKIA HENDERSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NAKIA HENDERSON | 3,610.03 | 3,610.03 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF ALBERT G REESE JR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALBERT G REESE JR ESQ | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 7,868.92 | 7,868.92 | 0.00 | 7,868.92 |
|     Acct: 9663 | | | | |
| | | | | 7,868.92 |
| **Unsecured** | | | | |
|   INTERNAL REVENUE SERVICE* | 534.96 | 534.96 | 0.00 | 534.96 |
|     Acct: 9663 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6692 | | | | |
|   BEAVER AVENUE FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3037 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 2,591.12 | 2,591.12 | 0.00 | 2,591.12 |
|     Acct: 4333 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 4,071.88 | 4,071.88 | 0.00 | 4,071.88 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 4571 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 1,153.75 | 1,153.75 | 0.00 | 1,153.75 |
| | Acct: 4803 | | | | |
| | CONDUENT FORT RANGE BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2362 | | | | |
| | DISCOVER BANK(*) | 2,501.37 | 2,501.37 | 0.00 | 2,501.37 |
| | Acct: 3595 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2169 | | | | |
| | ECMC(*) | 4,412.12 | 4,412.12 | 0.00 | 4,412.12 |
| | Acct: 9663 | | | | |
| | OMEGA FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4140 | | | | |
| | OMEGA FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0005 | | | | |
| | PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0220 | | | | |
| | TELECOM SELF REPORTED | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9028 | | | | |
| | TELECOM SELF REPORTED | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0169 | | | | |
| | UPMC PHYSICIAN SERVICES | 540.06 | 540.06 | 0.00 | 540.06 |
| | Acct: 9663 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 237.48 | 237.48 | 0.00 | 237.48 |
| | Acct: 1025 | | | | |
| | UTILITY SELF REPORTED | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 77BO | | | | |
| | UTILITY SELF REPORTED | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 53D2 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 266.67 | 266.67 | 0.00 | 266.67 |
| | Acct: 0001 | | | | |
| | UPMC HEALTH SERVICES | 1,384.81 | 1,384.81 | 0.00 | 1,384.81 |
| | Acct: 9663 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9272 | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DEUTSCHE BANK NTC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UPMC PHYSICIAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 17,694.22 |

| | | | | | |
|---|---|---|---|---|---:|
| TOTAL PAID TO CREDITORS | | | | | 64,381.84 |

19-24857 | Page 3 of 3
---|---

```
TOTAL CLAIMED
   PRIORITY         7,868.92
   SECURED          8,127.79
   UNSECURED       17,694.22
```

Date: 12/23/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
NAKIA HENDERSON

      Debtor(s)

Ronda J. Winnecour
      Movant
      vs.
No Repondents.

Case No.:19-24857

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-24857-CMB
Nakia Henderson     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Dec 24, 2024     Form ID: pdf900     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nakia Henderson, 540 Clawson Street, Pittsburgh, PA 15208-1860 |
| 15174152 | | Beaver Avenue Fcu/ba, 2102 Beaver Ave, Pittsburgh, PA 15233 |
| 15174154 | + | Conduent Education Services, Attn: Claims, Po Box 7051, Utica, NY 13504-7051 |
| 15174157 | + | Omega Federal Cr Un, 206 Seibert Rd., Pittsburgh, PA 15237-3700 |
| 15174158 | + | Omega Federal Credit, 429 Forbes Avenue, Pittsburgh, PA 15219-1622 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Dec 24 2024 22:08:00 | Deutsche Bank National Trust Company, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Dec 24 2024 22:08:00 | Deutsche Bank National Trust Company, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 24 2024 22:19:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Dec 24 2024 22:07:00 | PWSA, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 24 2024 22:07:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Dec 24 2024 22:08:00 | Specialized Loan Servicing LLC, PO Box 9013, Addison, TX 75001-9013 |
| 15174151 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 24 2024 22:07:00 | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 15174153 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 24 2024 22:30:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15183398 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 24 2024 22:19:53 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15174155 | | Email/Text: mrdiscen@discover.com | Dec 24 2024 22:07:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15204702 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 24 2024 22:08:00 | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 15193084 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 24 2024 22:08:00 | Deutsche Bank National Trust Company, 8742 |

Case 19-24857-CMB   Doc 67   Filed 12/26/24   Entered 12/27/24 00:13:23   Desc Imaged
Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 24, 2024 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Lucent Blvd, Suite 300, Littleton, CO 80129-2386 |
| 16427399 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 24 2024 22:07:00 | Deutsche Bank National Trust Company,, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15175653 | | Email/Text: mrdiscen@discover.com | Dec 24 2024 22:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15203267 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 24 2024 22:09:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15220267 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 24 2024 22:08:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15193086 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 24 2024 22:08:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 711B, Pittsburgh, PA 15222-4107 |
| 15174156 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 24 2024 22:08:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15181946 | ^ | MEBN | Dec 24 2024 22:05:40 | Nelnet on behalf of ASA, American Student Assistance, PO Box 16129, St. Paul, MN 55116-0129 |
| 15174159 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 24 2024 22:07:00 | PNC, Attn: Bankruptcy, 500 First Ave P7-Pfsc-02-F, Pittsburg, PA 15219 |
| 15227128 | + | Email/Text: ebnpwsa@grblaw.com | Dec 24 2024 22:07:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15193091 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 24 2024 22:08:00 | Specialized Loan Servicing, LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| 15174417 | ^ | MEBN | Dec 24 2024 22:04:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15174160 | ^ | MEBN | Dec 24 2024 22:05:36 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15193093 | + | Email/Text: BankruptcyNotice@upmc.edu | Dec 24 2024 22:09:00 | UPMC, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |
| 15195815 | | Email/Text: BNCnotices@dcmservices.com | Dec 24 2024 22:08:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15195814 | | Email/Text: BNCnotices@dcmservices.com | Dec 24 2024 22:08:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15174161 | ^ | MEBN | Dec 24 2024 22:05:03 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15174162 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 24 2024 22:07:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15203003 | | Email/PDF: ebn_ais@aisinfo.com | Dec 24 2024 22:19:43 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, as Trustee f |
| cr | | Deutsche Bank National trust Company, as Trustee f |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | DEUTSCHE BANK NATIONAL TRUST COMPANY, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

| | | |
|---|---|---|
| cr | *+ | Deutsche Bank National Trust Company, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15193080 | *+ | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 15193081 | * | Beaver Avenue Fcu/ba, 2102 Beaver Ave, Pittsburgh, PA 15233 |
| 15193082 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15193083 | *+ | Conduent Education Services, Attn: Claims, Po Box 7051, Utica, NY 13504-7051 |
| 15193085 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15224264 | *+ | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 15193087 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15193088 | *+ | Omega Federal Cr Un, 206 Seibert Rd., Pittsburgh, PA 15237-3700 |
| 15193089 | *+ | Omega Federal Credit, 429 Forbes Avenue, Pittsburgh, PA 15219-1622 |
| 15193090 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC, Attn: Bankruptcy, 500 First Ave P7-Pfsc-02-F, Pittsburg, PA 15219 |
| 15193092 | *+ | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15193094 | *+ | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15193095 | *+ | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 3 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 26, 2024 | Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2024 at the address(es) listed below:

**Name** | **Email Address**

Albert G. Reese, Jr.
on behalf of Debtor Nakia Henderson areese8897@aol.com
agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com

Denise Carlon
on behalf of Creditor Deutsche Bank National trust Company as Trustee for FFMLT Trust 2006-FF3, Mortgage Pass-Through Certificates, Series 2006-FF3 dcarlon@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor PWSA jhunt@grblaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 7