**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>NAKIA HENDERSON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:19-24857<br><br>Chapter 13<br><br>Document No.: 64<br><br>**ENTERED BY DEFAULT** |

**ORDER OF COURT**

AND NOW, this __10th__ day of __February__, 20__25__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_Carlota M. Böhm_  **dmr**
U.S. BANKRUPTCY JUDGE

FILED
2/10/25 2:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-24857-CMB

Nakia Henderson  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Feb 10, 2025     Form ID: pdf900     Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nakia Henderson, 540 Clawson Street, Pittsburgh, PA 15208-1860 |
| 15174152 | | Beaver Avenue Fcu/ba, 2102 Beaver Ave, Pittsburgh, PA 15233 |
| 15174154 | + | Conduent Education Services, Attn: Claims, Po Box 7051, Utica, NY 13504-7051 |
| 15174157 | + | Omega Federal Cr Un, 206 Seibert Rd., Pittsburgh, PA 15237-3700 |
| 15174158 | + | Omega Federal Credit, 429 Forbes Avenue, Pittsburgh, PA 15219-1622 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Feb 10 2025 23:52:00 | Deutsche Bank National Trust Company, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Feb 10 2025 23:52:00 | Deutsche Bank National Trust Company, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2025 01:56:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Feb 10 2025 23:52:00 | PWSA, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 10 2025 23:52:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Feb 10 2025 23:52:00 | Specialized Loan Servicing LLC, PO Box 9013, Addison, TX 75001-9013 |
| 15174151 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 10 2025 23:51:00 | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 15174153 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 11 2025 00:21:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15183398 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 11 2025 01:56:46 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15204702 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 10 2025 23:52:00 | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 |
| 15193084 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 10 2025 23:52:00 | Deutsche Bank National Trust Company, 8742 |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2025 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Lucent Blvd, Suite 300, Littleton, CO 80129 |
| 15174155 | | Email/Text: mrdiscen@discover.com | Feb 10 2025 23:51:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 16427399 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 10 2025 23:52:00 | Deutsche Bank National Trust Company,, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15175653 | | Email/Text: mrdiscen@discover.com | Feb 10 2025 23:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15203267 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 10 2025 23:53:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15220267 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 10 2025 23:52:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15193086 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 10 2025 23:52:00 | Internal Revenue Service, 1000 Liberty Avenue, Room 711B, Pittsburgh, PA 15222-4107 |
| 15174156 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 10 2025 23:53:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15181946 | ^ | MEBN | Feb 10 2025 23:50:04 | Nelnet on behalf of ASA, American Student Assistance, PO Box 16129, St. Paul, MN 55116-0129 |
| 15174159 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 10 2025 23:52:00 | PNC, Attn: Bankruptcy, 500 First Ave P7-Pfsc-02-F, Pittsburg, PA 15219 |
| 15227128 | + | Email/Text: ebnpwsa@grblaw.com | Feb 10 2025 23:52:00 | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15193091 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 10 2025 23:52:00 | Specialized Loan Servicing, LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| 15174417 | ^ | MEBN | Feb 10 2025 23:50:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15174160 | ^ | MEBN | Feb 10 2025 23:49:54 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15193093 | + | Email/Text: BankruptcyNotice@upmc.edu | Feb 10 2025 23:53:00 | UPMC, 200 Lothrop Street, Pittsburgh, PA 15213-2536 |
| 15195815 | | Email/Text: BNCnotices@dcmservices.com | Feb 10 2025 23:52:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15195814 | | Email/Text: BNCnotices@dcmservices.com | Feb 10 2025 23:52:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15174161 | ^ | MEBN | Feb 10 2025 23:49:17 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15174162 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 10 2025 23:51:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15203003 | | Email/PDF: ebn_ais@aisinfo.com | Feb 11 2025 00:21:27 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, as Trustee f |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2025 | Form ID: pdf900 | Total Noticed: 35 |

| | | |
|---|---|---|
| cr | | Deutsche Bank National trust Company, as Trustee f |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | DEUTSCHE BANK NATIONAL TRUST COMPANY, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Deutsche Bank National Trust Company, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15193080 | *+ | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 15193081 | * | Beaver Avenue Fcu/ba, 2102 Beaver Ave, Pittsburgh, PA 15233 |
| 15193082 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15193083 | *+ | Conduent Education Services, Attn: Claims, Po Box 7051, Utica, NY 13504-7051 |
| 15224264 | *++++ | DEUTSCHE BANK NATIONAL TRUST CO. TRUSTEE (SEE 410), C/O SPECIALIZED LOAN SERVICING LLC, 8742 KENDRICK CASTILLO WAY STE 300, HIGHLANDS RANCH CO 80129-3155, address filed with court:, Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 |
| 15193085 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15193087 | *+ | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15193088 | *+ | Omega Federal Cr Un, 206 Seibert Rd., Pittsburgh, PA 15237-3700 |
| 15193089 | *+ | Omega Federal Credit, 429 Forbes Avenue, Pittsburgh, PA 15219-1622 |
| 15193090 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC, Attn: Bankruptcy, 500 First Ave P7-Pfsc-02-F, Pittsburg, PA 15219 |
| 15193092 | *+ | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15193094 | *+ | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15193095 | *+ | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 3 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Feb 12, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor Nakia Henderson areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Denise Carlon | on behalf of Creditor Deutsche Bank National trust Company  as Trustee for FFMLT Trust 2006-FF3, Mortgage Pass-Through Certificates, Series 2006-FF3 dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor PWSA jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2     User: auto     Page 4 of 4
Date Rcvd: Feb 10, 2025     Form ID: pdf900     Total Noticed: 35

S. James Wallace
          on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 7